# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TRAUGER, ALETA A. | U.S. DISTRICT COURT (MD TENN) | 10/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ✔ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

825 U.S. Courthouse
801 Broadway
Nashville, Tennessee 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Income from law firm partnership - ▓▓▓ is attorney partner in Trauger & Tuke |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Pinnacle Bank | Davidson County, Nashville, TN 37212 | P1 |
| 2. Pinnacle Bank | HELOC | O |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. The Equitable A.B.A. Group IRA | | | | | | | | | |
| 2. - AXA Moderate Alloc.Portfolio | | None | | | Distributed | 09/14/20 | K | | |
| 3. - EQ Money Market | | None | | | Distributed | 09/14/20 | J | | |
| 4. - Multimanager Aggressive Equity | | None | | | Distributed | 09/14/20 | K | | |
| 5. - EQ/Common Stock Index | | None | | | Distributed | 09/14/20 | M | | |
| 6. - EQ/International Equity Index | | None | | | Distributed | 09/14/20 | J | | |
| 7. Charles Schwab & Co IRA | | | | | Open | | | | |
| 8. - Blackrock Short Maturity ETF | A | Dividend | K | T | Buy | 12/07/20 | K | | |
| 9. - Invesco S&P 500 Equal ETF | A | Dividend | K | T | Buy | 12/07/20 | K | | |
| 10. - Schwab Short Term US Treasury ETF | A | Dividend | J | T | Buy | 12/07/20 | K | | |
| 11. - SPDR S&P 500 ETF | A | Dividend | M | T | Buy | 10/26/20 | L | | |
| 12. - SPDR S&P 500 ETF | | | | | Buy<br>(add'l) | 12/07/20 | L | | |
| 13. - Vanguard Growth ETF | A | Dividend | L | T | Buy | 12/07/20 | K | | |
| 14. - Vanguard Mid Cap ETF | A | Dividend | K | T | Buy | 12/07/20 | K | | |
| 15. - Vanguard Small Cap ETF | A | Dividend | K | T | Buy | 10/26/20 | K | | |
| 16. - Vanguard Small Cap ETF | | | | | Sold<br>(part) | 12/07/20 | K | A | |
| 17. - Vanguard Value ETF | A | Dividend | K | T | Buy | 12/07/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Baird Aggregate Bond Fund | A | Dividend | M | T | Buy | 10/26/20 | K | | |
| 19.   - Baird Aggregate Bond Fund | | | | | Buy<br>(add'l) | 12/07/20 | L | | |
| 20.   - Blackrock Strategic Income Fund | A | Dividend | K | T | Buy | 12/07/20 | K | | |
| 21.   - Brown Advisory Mortgage Securities | A | Dividend | K | T | Buy | 12/08/20 | K | | |
| 22.   - Vanguard High Yield Corporate | A | Dividend | K | T | Buy | 10/26/20 | K | | |
| 23.   - American Funds Europacific | A | Dividend | L | T | Buy | 12/07/20 | L | | |
| 24.   - Baillie Gifford Emerging Markets | A | Dividend | K | T | Buy | 12/07/20 | K | | |
| 25.   - First Eagle Global | A | Dividend | K | T | Buy | 12/07/20 | K | | |
| 26.   - Jensen Quality Growth | B | Dividend | K | T | Buy | 10/26/20 | K | | |
| 27.   - Matthews Asia Dividend | A | Dividend | K | T | Buy | 10/26/20 | K | | |
| 28.   - Primecap Odyssey Aggressive Growth | B | Dividend | K | T | Buy | 12/07/20 | K | | |
| 29.   Charles Schwab & Co Taxable Account | | | | | Open | | | | |
| 30.   - Parnassus Mid Cap Growth | A | Dividend | M | T | | | | | |
| 31.   - Victory RS Small Cap Growth | F | Dividend | O | T | | | | | |
| 32.   Nelson's Green Brier Distillery, LLC | | None | | | Distributed | 08/11/20 | L | | |
| 33.   Moore County, North Carolina timber land | B | Rent | N | W | | | | | |
| 34.   Guilford County, North Carolina farmland | C | Rent | O | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|   (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
|   (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
|   (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/31/20 | J | | |
| 36. Fillmore Co., Nebr farmland | D | Rent | N | W | | | | | |
| 37. Cash surr. value NW Life policy | B | Dividend | M | T | | | | | |
| 38. Cash surr. value of 2 NW Life policies | D | Dividend | N | T | | | | | |
| 39. Hirtle Callahan Inv ▇ SD | | | | | | | | | |
| 40. - Deutsche Govt Cash | | Dividend | K | T | | | | | |
| 41. - Exxon Mobil Corp | B | Dividend | K | T | | | | | |
| 42. - Bank of America Corp | A | Dividend | J | T | | | | | |
| 43. - Lincoln National Corp | A | Dividend | K | T | | | | | |
| 44. - MGT Holdings Inv Inc | | None | J | T | | | | | |
| 45. Hirtle Callaghan Inv ▇ | | | | | | | | | |
| 46. - Duetsche Govt Cash | A | Int./Div. | J | T | | | | | |
| 47. - HCCT Intermed.Muni Bond II | A | Dividend | K | T | Buy (add'l) | 04/17/20 | J | | |
| 48. - HCCT Intermed. Muni Bond | A | Dividend | L | T | Buy (add'l) | 04/17/20 | K | | |
| 49. - HCCT Commodities | A | Dividend | J | T | Sold (part) | 03/26/20 | J | | |
| 50. - HCCT Emerging Mkts. | A | Dividend | J | T | | | | | |
| 51. - HCCT Large Cap Growth | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - HCCT International | A | Dividend | M | T | | | | | |
| 53. - HCCT Small Cap | A | Dividend | J | T | | | | | |
| 54. - HCCT Large Cap Value | A | Dividend | L | T | | | | | |
| 55. - HCCT Value Equity | A | Dividend | L | T | | | | | |
| 56. - iShares MSCI Emerging Mkts ETF | A | Dividend | K | T | | | | | |
| 57. - iShares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 58. - SPDR S&P 500 TR Unit ETF | A | Dividend | K | T | Buy (add'l) | 03/16/20 | J | | |
| 59. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 60. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 61. - Vanguard FTSE Dev. Mkt. ETF | A | Dividend | J | T | Sold (part) | 04/17/20 | J | | |
| 62. - Vanguard FTSE Emerging Mkt. ETF | A | Dividend | K | T | Sold (part) | 04/17/20 | J | | |
| 63. Hirtle Callahan Inv ▮▮ | | | | | | | | | |
| 64. - Deutsche Govt Cash | A | Dividend | J | T | | | | | |
| 65. - Providence Service Corp. | | None | O | T | Sold (part) | 12/04/20 | N | G | |
| 66. - Providence Service Corp. | | | | | Donated (part) | 12/18/20 | L | | |
| 67. Hirtle Callahan Inv ▮▮ ▮ | | | | | | | | | |
| 68. - Deutsche Govt Cash | A | Dividend | J | T | Distributed (part) | 07/14/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - HCCT Intermed.Muni Bond II | A | Dividend | L | T | | | | | |
| 70.   - HCCT Intermed. Muni Bond | A | Dividend | M | T | | | | | |
| 71.   - HCCT Commodities | A | Dividend | K | T | Sold<br>(part) | 03/26/20 | K | | |
| 72.   - HCCT Emerging Mkts. | A | Dividend | J | T | | | | | |
| 73.   - HCCT Large Cap Growth | C | Dividend | N | T | Sold<br>(part) | 03/16/20 | J | | |
| 74.   - HCCT International | D | Dividend | N | T | | | | | |
| 75.   - HCCT Small Cap | A | Dividend | K | T | Sold<br>(part) | 03/16/20 | J | | |
| 76.   - HCCT Large Cap Value | C | Dividend | M | T | Sold<br>(part) | 03/16/20 | J | | |
| 77.   - iShares MSCI Emerging Mkts ETF | B | Dividend | M | T | | | | | |
| 78.   - iShares MSCI EAFE ETF | B | Dividend | L | T | | | | | |
| 79.   - SPDR S&P 500 TR Unit ETF | B | Dividend | M | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 03/26/20 | K | | |
| 81. | | | | | Buy<br>(add'l) | 04/17/20 | K | | |
| 82.   - Vanguard FTSE Dev. Mkt. ETF | B | Dividend | L | T | Sold<br>(part) | 04/17/20 | K | | |
| 83.   - Vanguard FTSE Emerging Mkt. ETF | B | Dividend | L | T | Sold<br>(part) | 04/17/20 | J | | |
| 84.   Hirtle Callahan ▮ IRA | | | | | | | | | |
| 85.   - Deutsche Govt Cash | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  - HCCT Fixed Income Opportunity | A | Dividend | J | T | | | | | |
| 87.  - HCCT Core Fixed Income | A | Dividend | J | T | Sold<br>(part) | 03/06/20 | J | A | |
| 88.  - iShares TR 1-5 yr Inv Grade Bond ETF | A | Dividend | J | T | | | | | |
| 89.  - SPDR Series Trst Port Short ETF | A | Dividend | J | T | | | | | |
| 90.  - Vanguard Short Term Corp. Bond ETF | A | Dividend | J | T | | | | | |
| 91.  - HCCT Emerging Mkts. | A | Dividend | J | T | Sold<br>(part) | 04/16/20 | J | | |
| 92.  - HCCT International | A | Dividend | J | T | Buy<br>(add'l) | 12/11/20 | J | | |
| 93.  - HCCT Institutional Grwth Equity | A | Dividend | K | T | Sold<br>(part) | 03/06/20 | J | A | |
| 94. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 95. | | | | | Sold<br>(part) | 12/11/20 | J | A | |
| 96. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 97.  - HCCT Inst Value Equity | A | Dividend | | | Sold | 05/04/20 | J | | |
| 98.  - HCCT Real Estate | A | Dividend | | | Sold | 05/04/20 | J | | |
| 99.  - HCCT Institutional Small Cap | A | Dividend | | | Sold | 05/04/20 | J | | |
| 100.  Profit Sharing Plan - Divers. Trust | E | Dividend | | | Distributed | 10/05/20 | P1 | | |
| 101.  Diversified Trust - ███ IRA Rollover | | | | | | | | | |
| 102.  - Diversified Trust - Cash | A | Int./Div. | J | T | Open | 10/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - AQR Managed Futures Strategy Fund | B | Dividend | K | T | Buy | 10/12/20 | K | | |
| 104. - Causeway International Opps | B | Dividend | M | T | Buy | 10/12/20 | M | | |
| 105. - Eaton Vance Global Macro ABS | B | Dividend | K | T | Buy | 10/12/20 | K | | |
| 106. - PIMCO Low Duration II Instl | A | Dividend | K | T | Buy | 10/12/20 | K | | |
| 107. - PIMCO Multi-Strategy Alt | A | Dividend | K | T | Buy | 10/12/20 | K | | |
| 108. - PIMCO FDS PAC Inv Total Return | D | Dividend | N | T | Buy | 10/13/20 | N | | |
| 109. - SPDR S&P 500 ETF | | None | O | T | Buy | 10/12/20 | N | | |
| 110. | | | | | Buy (add'l) | 10/13/20 | N | | |
| 111. - Touchstone Total Return | B | Dividend | N | T | Buy | 10/13/20 | N | | |
| 112. - Vanguard Extended Mkt ETF | B | Dividend | M | T | Buy | 10/12/20 | M | | |
| 113. | | | | | Buy (add'l) | 10/13/20 | K | | |
| 114. - Vanguard FTSE All World | B | Dividend | M | T | Buy | 10/12/20 | L | | |
| 115. | | | | | Buy (add'l) | 10/13/20 | L | | |
| 116. - Vanguard Mkt Neutral Fd | A | Dividend | K | T | Buy | 10/12/20 | K | | |
| 117. - Virtus Foreign Opportunities | A | Dividend | L | T | Buy | 10/12/20 | L | | |
| 118. - Western Asset Macro Opp | A | Dividend | K | T | Buy | 10/12/20 | K | | |
| 119. Edward Jones ▮ Inh IRA | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Amer. Funs - Invest. Co. of Amer. | A | Dividend | L | T | | | | | |
| 121. - Amer. Funds - Amer. Mut. A. | A | Dividend | L | T | | | | | |
| 122. - Franklin Dynatech | A | Dividend | K | T | Buy | 10/02/20 | J | | |
| 123. - Franklin Income | A | Dividend | K | T | | | | | |
| 124. - Franklin Mutual Shares | A | Dividend | K | T | | | | | |
| 125. - Franklin Rising Dividends | A | Dividend | K | T | | | | | |
| 126. - Franklin Total Return | A | Dividend | K | T | Buy | 10/02/20 | K | | |
| 127. - Franklin Templeton Investments - Mut. Global Discovery A | A | Dividend | | | Sold | 10/02/20 | J | B | |
| 128. Franklin Templeton Investments - Global Bond A | A | Dividend | | | Sold | 10/02/20 | J | B | |
| 129. Edward Jones ▮ Indv TOD | | | | | | | | | |
| 130. - money mkt acct | A | Dividend | J | T | | | | | |
| 131. - Amer. Balanced Fund | A | Dividend | L | T | | | | | |
| 132. - Cap. Income Bldr. Fund | B | Dividend | L | T | | | | | |
| 133. - Cap. World Growth & Income Fund | B | Dividend | M | T | | | | | |
| 134. - Amer. Funds-Fundamental Investors | B | Dividend | M | T | | | | | |
| 135. - Growth Fund of Amer. | A | Dividend | L | T | | | | | |
| 136. - Income Fund of Amer. | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  - New Perspective Fund | A | Dividend | M | T | | | | | |
| 138.  Edward Jones ▮▮▮ Adv Solutions Acct | | | | | | | | | |
| 139.  - Amer. Funds - Fundamental Investors | A | Dividend | K | T | Sold<br>(part) | 03/27/20 | J | A | |
| 140.  - Amer. Intl Growth & Income | A | Dividend | L | T | Sold<br>(part) | 03/27/20 | J | | |
| 141.  - Artisan-Internat. Value Instl. | A | Dividend | K | T | Sold<br>(part) | 05/28/20 | K | B | |
| 142.  - BridgeBuilder-Core Bond | A | Dividend | K | T | Sold<br>(part) | 03/27/20 | J | A | |
| 143. | | | | | Sold<br>(part) | 05/28/20 | J | A | |
| 144.  - Bridge Builder Core Plus Bond | B | Dividend | K | T | Sold<br>(part) | 03/27/20 | J | A | |
| 145.  - BridgeBuilder-Internat. Equity | B | Dividend | L | T | Sold<br>(part) | 03/27/20 | J | | |
| 146.  - BridgeBuilder-Large Cap Growth | A | Dividend | L | T | Sold<br>(part) | 03/27/20 | J | B | |
| 147. | | | | | Buy<br>(add'l) | 05/28/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 05/29/20 | K | | |
| 149.  - BridgeBuilder - Large Value | A | Dividend | K | T | Buy<br>(add'l) | 05/29/20 | K | | |
| 150.  - BridgeBuilder-Small/Mid-Cap Growth | A | Dividend | L | T | | | | | |
| 151.  - BridgeBuilder-Small/Mid-Cap Value | A | Dividend | K | T | | | | | |
| 152.  - Delaware Funds by Macquarie-Small Cap<br>Value Instl. | A | Dividend | J | T | Buy<br>(add'l) | 05/28/20 | J | | |
| 153.  - Delaware Funds by Macquarie - U.S.<br>Growth Instl. | A | Dividend | K | T | Sold<br>(part) | 03/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 155. - JPM U.S. Govt' Money Mkt. Cap. | A | Dividend | J | T | | | | | |
| 156. - MFS-Value R6 | A | Dividend | K | T | Sold (part) | 03/27/20 | J | A | |
| 157. - PIMCO-High Yield Instl. | A | Dividend | J | T | Sold (part) | 03/27/20 | J | | |
| 158. - PGIM High Yeild Fund Cl R6 | A | Dividend | J | T | Buy | 05/28/20 | J | | |
| 159. - PRIMECAP Odyssey Funds - Stock | A | Dividend | K | T | | | | | |
| 160. - T. Rowe Price - Internat. Discovery | A | Dividend | K | T | Sold (part) | 03/27/20 | J | | |
| 161. | | | | | Sold (part) | 05/28/20 | J | | |
| 162. - T. Rowe Price Intl Stock | A | Dividend | K | T | Buy | 05/28/20 | K | | |
| 163. - T. Rowe Price - Small-Cap Value I | A | Dividend | K | T | | | | | |
| 164. - Hotchkis & Wiley-Mid-Cap Value I | A | Dividend | | | Sold | 03/27/20 | J | | |
| 165. - Invesco - Comstock R6 | A | Dividend | | | Sold | 05/29/20 | L | | |
| 166. Lincoln Fin. Group Annuity - American Legacy III View | | | | | | | | | |
| 167. - Amer. Funds IS Asset Allocation 2 | | None | J | T | | | | | |
| 168. - Amer. Funds IS Bond 2 | | None | J | T | | | | | |
| 169. - Amer. Funds IS Gowth-Income 2 | | None | K | T | | | | | |
| 170. - Amer. Funds IS Asset 2/Growth | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 10/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Amer. Funds IS High Income Bond 2 | | None | K | T | | | | | |
| 172.  - Amer. Funds IS Intl. 2 | | None | K | T | | | | | |
| 173. Jumpstart Foundry 2017 Fund | | None | L | T | Distributed (part) | 06/30/20 | L | E | |
| 174. Jumpstart Foundry 2018 Fund | | None | M | T | | | | | |
| 175. Silicon Ranch Corp. | | None | O | T | Buy | 12/15/20 | M | | |
| 176. Slice Wireless Solutions Inc. | | None | K | T | | | | | |
| 177. Accts. at SunTrust Bank, ▮▮▮ | A | Interest | J | T | | | | | |
| 178. Pinnacle National Bank Accounts | G | Interest | M | T | | | | | |
| 179. Clearloop Corporation | | None | K | T | | | | | |
| 180. Raymond James ▮ Acct | | | | | | | | | |
| 181.  - Elizabethton, TN water & sewer revenue bonds | | None | | | Sold | 09/30/20 | K | B | |
| 182.  - Shelby Co. TN Health EDL & HSG Facs Rev. Bonds | B | Interest | | | Sold | 09/30/20 | K | B | |
| 183. Rental Property - Nashville, Tennessee, Davidson County | A | Rent | | | Sold | 10/16/20 | O | G | |
| 184. Rental Property - Davidson County, Nashville, TN | A | Rent | P1 | Q | Buy | 08/21/20 | P1 | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TRAUGER, ALETA A.** | 10/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 1. The Equitable was rolled over into the Charles Schwab IRA listed on Line 7. From the rollover date of 9/14 to the first BUY in the Charles Schwab IRA, there was mail time from Equitable to Schwab. The first investment of the cash at Charles Schwab occured on 10/26 with subsequent investment of cash on 12/7.

Line 30 The Parnassus Fund was transferred, in kind, from the Fund Co to Charles Schwab. There was no distribution or liquidation to process the transfer.

Line 31 The Victory Fund was transferred, in kind, from the Fund Co to Charles Schwab. There was no distribution or liquidation to process the trasnfer.

Line 100 The Profit Sharing Plan at Diverisified Trust was rolled into the Diversified Trust IRA listed on Line 101. This includes all the investments bought from lines 102-118.

Line 179 We inadvertently omitted the purchase of $50,000 of Clearloop stock on January 14, 2019 from the 2019 report. At that time the company was named Carbonzero Corporation.

We have 4 Hirtle Callahan accounts and 3 Edward Jones accounts. In years past we have consolidated, across all of those accounts, the total holdings in each individual fund. In this report, we are reporting the holdings by account.

If no gain reported on a sale of an investment, then there was a loss.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:   **s/ ALETA A. TRAUGER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544